Gardner BRADLEY, Plaintiff—Appellant,

v.

GENERAL COUNSEL, FOR CENTRAL OFFICE, BOP; Kim White, Regional Director; Joe Driver, Warden; Mr. Howell, Executive Staff of USP McCreary, BOP, Defendants—Appellees.

No. 08–6437.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: June 2, 2008.

Gardner Bradley, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gardner Bradley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bradley v. Gen. Counsel, for Cent. Office, BOP,* No. 3:07–cv–00112–JPB–JSK, 2008 WL 713921 (Mar. 14, 2008). We deny Bradley's motion for a preliminary injunction and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*